UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERALD L. PEARLMAN, *et al.,* | ) | CV09-8025-AHM (JEMx) |
| Plaintiff(s), | ) ) | ORDER OF DISMISSAL OF CERTAIN DEFENDANTS FOR FAILURE TO PROSECUTE |
| v. | ) ) | |
| WASHINGTON MUTUAL, *et al.,* | ) ) | |
| Defendant(s). | ) ) | |

    On May 5, 2010, the Court ordered plaintiffs to show cause in writing, no later than May 17, 2010, why the above-entitled action should not be dismissed as to defendants Shapell Industries, Inc., Jacob Chakko, Frank Marasco, Berkshire Development Group, LLC, Frank Reveles, DOES, JP Morgan Chase NA, Federal Deposit Insurance Corporation, and Nights Sky LLC for lack of prosecution.  To date, plaintiffs have not complied with this order.

    Accordingly, good cause appearing therefor, the Court hereby DISMISSES defendants Shapell Industries, Inc., Jacob Chakko, Frank Marasco, Berkshire Development Group, LLC, Frank Reveles, DOES, JP Morgan Chase NA, Federal Deposit Insurance Corporation, and Nights Sky LLC pursuant to Federal Rule of

Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court.

IT IS SO ORDERED.

Dated: May 20, 2010

_____
A. HOWARD MATZ
United States District Judge